IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

GARRY JONES, et al.                          )
                                             )
            Plaintiffs,                      )
                                             )
v.                                           )  1:17-cv-125 (LMB/JFA)
                                             )
ENZIIME, LLC, et al.                         )
                                             )
            Defendants.                      )

ORDER

On June 8, 2017 this civil action was stayed until further order of the Court due to

defendants Enziime, LLC and VitalSpring Technology, Inc. filing for bankruptcy protection

[Dkt. No. 38]. According to the records of the bankruptcy court the bankruptcy proceedings

were resolved and closed on December 6, 2017 and December 11, 2017. Since then, no party

has requested that the Court reinstate this action to active status and no response to the show

cause order issued on January 24, 2018 has been filed. Accordingly, it is hereby

ORDERED that this civil action be and is DISMISSED WITH PREJUDICE.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this _16_ day of February, 2018.

Alexandria, Virginia

                                                        /s/
                                             _____
                                             Leonie M. Brinkema
                                             United States District Judge